No. 77. UNITED STATES *v*. PETTY MOTOR CO.;

No. 78. UNITED STATES *v*. BROCKBANK, DOING BUSINESS AS BROCKBANK APPAREL CO.;

No. 79. UNITED STATES *v*. GRIMSDELL, DOING BUSINESS AS GROCER PRINTING CO.;

No. 80. UNITED STATES *v*. WIGGS, DOING BUSINESS AS CHICAGO FLEXIBLE SHAFT CO.;

No. 81. UNITED STATES *v*. INDEPENDENT PNEUMATIC TOOL CO.;

No. 82. UNITED STATES *v*. GALIGHER COMPANY; and

No. 83. UNITED STATES *v*. GRAY-CANNON LUMBER CO. March 25, 1946. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application. 327 U. S. 372.

No. 706. EAGLE *v*. CHERNEY ET AL. March 25, 1946. Second petition for rehearing denied.

No. 188. LAWRENCE *v*. ILLINOIS. March 25, 1946. The motion for leave to file a sixth petition for rehearing is denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application.

No. 640. ROBERTSON *v*. NEW YORK LIFE INSURANCE CO. April 1, 1946. 326 U. S. 786.

No. 710. ANDREWS *v*. ATKINSON, JUDGE. April 1, 1946.

No. 721. CAPITOL WINE & SPIRIT CORP. *v*. BERKSHIRE, DEPUTY COMMISSIONER OF INTERNAL REVENUE, ET AL. April 1, 1946.